AMERICAN SPIRITS MFG. CO. v. EASTON et al. (Circuit Court of Appeals, Seventh Circuit. October 15, 1903.) No. 1,001. Appeal from the Cir-

cuit Court of the United States for the Northern District of Illinois. Levy Mayer, for appellant. John S. Stevens, for appellee. No opinion. Decree (120 Fed. 440) reversed, and cause remanded.